# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:06CR14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RICHARD WAYNE MOORE, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** coming on to be heard and being heard, pursuant to a motion filed by the defendant on July 3, 2006 requesting that the court postpone and continue a Rule 11 proceeding in regard to the above entitled matter, and it appearing to the court that good cause has been shown for the granting of said motion.

ORDER

**IT IS, THEREFORE, ORDERED** that the motion to continue filed by the defendant is hereby **ALLOWED** and that this matter is rescheduled for hearing at the United States Courthouse in Bryson City, North Carolina on Friday, August 4, 2006.

Signed: July 18, 2006

_____

Dennis L. Howell
United States Magistrate Judge